FILED

2018 MAY 21 PM 4: 03

U.S. DISTRICT COURT
NEW HAVEN, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA: | CRIMINAL NO. 3:18cr107 (JAM) |
|---|---|
| v. | VIOLATION: |
| OSCAR MONTOYA | 18 U.S.C. § 1957(a) (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Monetary Transactions in Property Derived from Specified Unlawful Activity)

In or about April 2017, in the District of Connecticut, OSCAR MONTOYA did knowingly engage and attempt to engage in a monetary transaction, by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, OSCAR MONTOYA entered into an Interstate Bill of Lading Contract and Order for Service, with Coastal Van Lines of Clifton New Jersey, for $17,359, through the purchase of eleven (11) United States Postal Money Orders totaling $9,724.77 and the purchase of a Berkshire Bank Cashier's Check in the amount of $7,654.77, property derived from a specified unlawful activity, that is, the unlawful distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 1957(a).

                           UNITED STATES OF AMERICA

                           _____

                           JOHN H. DURHAM
                           UNITED STATES ATTORNEY

                           _____

                           DAVID X. SULLIVAN
                           ASSISTANT UNITED STATES ATTORNEY